THE STATE EX REL. ENDRES, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Endres v. Indus. Comm.*
(1999), 86 Ohio St.3d 584.]

(No. 98–2589—Submitted July 28, 1999—Decided September 22, 1999.)

*Brian & Brian, Richard F. Brian* and *Ryan D. Styer,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Fedele DeSantis,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

ALICE ROBIE RESNICK, J., dissenting.  I would reverse the judgment of the court of appeals.

DOUGLAS and F.E. SWEENEY, JJ., concur in the foregoing dissenting opinion.